UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADALBERTO MORALES,
    Plaintiff,

vs.       Case No.:  3:19cv1182/LAC/EMT

OFFICER WHITE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk.  Plaintiff, a former inmate proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  Plaintiff amended his complaint three times (*see* ECF Nos. 6, 14, and 16).  It appears Plaintiff was released from custody after he filed the third amended complaint (*see* ECF No. 23).

On November 2, 2020, Defendants filed a motion to dismiss the third amended complaint (ECF No. 46).  The undersigned entered an order allowing Plaintiff thirty days in which to respond to the motion and advised that failure to do so could result in the court granting the motion by default (ECF No. 47).  Plaintiff nevertheless failed to respond to the motion.

On December 8, 2020, Defendants filed a motion to extend the discovery deadline because of the pending motion to dismiss (ECF No. 48).  The undersigned

directed Plaintiff to respond to the motion within fourteen days and advised that failure to do so would result in a recommendation that the case be dismissed (ECF No. 49).  Plaintiff did not respond to the motion within the time allowed.  The undersigned thus entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court and again advised that failure to comply with the order would result in a recommendation that the case be dismissed (ECF No. 51).  The time for compliance with the show cause order has now elapsed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

2. That all pending motions be **DENIED** as moot.

3. That the clerk of court be directed to close the file.

At Pensacola, Florida, this 8th day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:19cv1182/LAC/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:19cv1182/LAC/EMT